UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KEVIN EARNEST BUTCHER,**

    **Plaintiff,**

    v.                                    Case No. 2:14-cv-134
                                            JUDGE GREGORY L. FROST
                                            Magistrate Judge Elizabeth P. Deavers

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's February 10, 2015 Report and Recommendation. (ECF No. 17.) The Magistrate Judge recommended that the Court overrule Plaintiff's statement of errors and affirm the decision of the Commissioner. The Magistrate Judge also advised the parties that a failure to timely object to the Report and Recommendation would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id.* at Page ID # 1151.)

Because no objections have been filed, the time for filing objections has expired, and the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Report and Recommendation, **OVERRULES** Plaintiff's statement of errors, and **AFFIRMS** the decision of the Commissioner. The Clerk shall enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                                                   /s/ Gregory L. Frost
                                                         GREGORY L. FROST
                                                         UNITED STATES DISTRICT JUDGE